UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00175-ECR-GWF |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY ALAN SCHULTZ, ) | |
| ) | |
| Defendant. ) | |

The Defendant shall have until Friday, May 13, 2011, to file a response to the Government's Appeal (#5) from Magistrate Judge's Order (#6) for release of Defendant. There will be no reply filed by the Government. The PR bond release in accordance with the order of the Magistrate Judge is stayed pending the further order of this judge. Defendant shall be detained until the appeal can be heard and decided.

A hearing is set on the appeal for 9:00 a.m., Wednesday, May 18, 2011, in the Lloyd D. George Courthouse in Courtroom 6 B, Las Vegas, Nevada.

DATED May 10, 2011.

_____
EDWARD C. REED, JR.
United States District Judge