UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ANTHONY ALAN SCHULTZ,

            Defendant.

_____/

02:11-CR-175-ECR-GWF

MINUTES OF COURT

Date:  May 18, 2011

**PRESENT: EDWARD C. REED, JR., SENIOR U.S. District Judge**

Courtroom Deputy: Colleen Larsen; Court Reporter: Kathy French

Counsel for Plaintiff: Kathleen Bliss

Counsel for Defendant: Rene Valladares

Pretrial Service Officer: Samira Barlow

**MINUTES OF HEARING REQUEST FOR REVIEW OF MAGISTRATE ORDER (#5):**

At 10:05 A. M. Court convenes; defendant is present.

The Court addresses the parties in respect to the proposed conditions of release as directed by the Magistrate Judge.

Arguments are presented by respective counsel.

**IT IS ORDERED** that the order of the Magistrate Judge, is affirmed.

**IT IS FURTHER  ORDERED** that defendant will be released on bond, subject to all of the present conditions imposed by the Magistrate Judge, together with the following additional conditions

    Defendant shall not own or possess any computer, except he may access and use his employer's computer in the course of his employment.  Defendant shall not otherwise have access to a computer.

Pretrial Service will make reasonable, frequent, home, unannounced visits, to ascertain if he has a computer in the house.

There will be no other computers in the house owned by any other person in the home.

Pretrial Service shall search the premises, as they determine necessary, from top to bottom, to determine if there are any computer or computer services in the home.

The definition of computer is, any device portable, or not, that has the capability of accessing the internet or otherwise sharing electronic information.

At 11:00 A. M. Court adjourns; defendant is released on bond.


LANCE S. WILSON, CLERK

By_____/s/_____
                    Deputy


_____
EDWARD C. REED, JR., SENIOR USDJ