FILED

JAN 05 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-175-ECR (GWF) |
| ANTHONY ALAN SCHULTZ, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 5, 2012, defendant ANTHONY ALAN SCHULTZ pled guilty to Count Four of a Five-Count Superseding Criminal Indictment charging him in Count Four with Receipt of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Docket #26.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and in the Amended Bill of Particulars and the offense to which defendant ANTHONY ALAN SCHULTZ pled guilty. #26, #30.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3):

    a. Cooler Master desktop computer – no serial number;

    b. Clear Motorola Modem, Serial #TW199U1OTJ;

    c. Hawking Wireless G directional dish adapter, no serial number;

|   |   |   |
|---|---|---|
| d. | Patriot XT USB Thumb drive, no serial number; |
| e. | PNY Attache USB Thumb drive, no serial number; |
| f. | Black generic Thumb drive, no serial number; |
| g. | Seagate 120GB IDE Hard Drive, Serial #5LS2GRYJ; and |
| h. | All visual depictions described in Title 18, United States Code, Section 2252A and all items containing such visual depictions, which were transported, shipped, and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of the aforestated offense, including, but not limited to: computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property"). |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ANTHONY SCHULTZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

. . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
2   filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
4   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
5   following address at the time of filing:

>   Michael A. Humphreys
>   Assistant United States Attorney
>   Daniel D. Hollingsworth
>   Assistant United States Attorney
>   Lloyd D. George United States Courthouse
>   333 Las Vegas Boulevard South, Suite 5000
>   Las Vegas, Nevada 89101.

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
11  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
12  following publication of notice of seizure and intent to administratively forfeit the above-described
13  property.

14  DATED this ____ day of _____, 2012.

                                          _____
                                          UNITED STATES DISTRICT JUDGE